UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRY HARRIS,
                   Plaintiff,

-v-

THE BUREAUS, INC.,
                   Defendant.

20-CV-8892 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

    All filing deadlines and conference dates are adjourned *sine die*.

    SO ORDERED.

Dated: May 14, 2021
       New York, New York

                                                  J. PAUL OETKEN
                                       United States District Judge